UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DENNIS WAYNE STRUTTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:07CV00312 ERW |
| ) | |
| KATHLEEN A. FORSYTH, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER

This matter is before the Court upon its own motion. Upon review of the exhibits attached to the instant petition, the Court finds that because of their content they should be placed under seal.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's exhibits shall be filed in paper format and placed under seal.

So Ordered this 15th Day of February, 2007.

_____
 **E. RICHARD WEBBER**
 **UNITED STATES DISTRICT JUDGE**